**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JAMES ELLISON,<br><br>           Plaintiff,<br><br>     v.<br><br>DISCOVER BANK and CLIENT SERVICES, INC.,<br><br>           Defendants. | Case No. 2:16-cv01019-WBS-AC<br><br>**ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FOR DISCOVER ONLY)** |

The Court having considered the parties' amended stipulation for extension of time for Defendant Discover Products, Inc. ("Discover"), erroneously named as Discover Bank, to extend Discover's time to respond to Plaintiff's Complaint up to and including June 24, 2016, and good cause appearing,

IT IS ORDERED that the amended stipulation is granted and extending the deadline for Discover's response to Plaintiff's Complaint up to and including June 24, 2016.

Dated: June 14, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE